# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:11CV156-RJC-DSC

| | |
|---|---|
| MICHAEL POND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| PRIMARY CAPITAL ADVISORS, LC, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's "Motion[s] for Pro Hac Vice Admission [for Deborah J. Livesay, Scott G. Blews, and William A. Clineburg]" (documents ##9-11). For the reasons set forth therein, the Motions are <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: May 16, 2011

David S. Cayer
United States Magistrate Judge