# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Michael Pond, et al,

    Plaintiff(s),                                    JUDGMENT IN A CIVIL CASE

vs.                                                      3:11-cv-156

Primary Capital Advisors LC ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 8, 2012 Order.

                                                       Signed: February 8, 2012

                                                       Frank G. Johns, Clerk
                                                       United States District Court