IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil No. 3:11-CV-00156-RJC-DSC

| | |
|---|---|
| MICHAEL POND<br>On Behalf of Himself & Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PRIMARY CAPITAL ADVISORS, LC<br><br>　　　　Defendant. | **ORDER GRANTING JOINT<br>MOTION TO STAY ACTION** |

Upon consideration of the Joint Motion To Stay Action, and having conferred with the chambers of the honorable Robert J. Conrad, Jr., the Motion is hereby **GRANTED**. All remaining deadlines and proceedings in this action are hereby **STAYED** through March 8, 2012.

**SO ORDERED**.　　　　　　　　　　Signed: February 23, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　David S. Cayer
　　　　　　　　　　　　　　　　　　United States Magistrate Judge