UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-156-RJC-DSC

| | |
|---|---|
| MICHAEL POND, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PRIMARY CAPITAL ADVISORS LC, )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER** comes before the Court upon Defendant Primary Capital Advisors LC's ("Defendant" or "PCA") Motion for Reconsideration of the Court's Order Dismissing Defendant's Motion to Dismiss and for Other Sanctions under Rule 11, (Doc. No. 60), filed on February 8, 2012.

In their Joint Satisfaction of Judgment, (Doc. No. 67), filed on March 9, 2012, the parties "advise this Court that the Judgment in favor of Plaintiffs (Doc. 59), which the Court directed the Clerk to enter through an Order on February 8, 2012 (Doc. 58) and which the Clerk entered on the same date, has been paid and satisfied in full, including all interest, attorneys' fees, and costs. The Parties represent that all outstanding issues are fully resolved and moot and no further proceedings are necessary." (Doc. No. 67 at 1). The Court finds that the Motion for Reconsideration is moot and shall be dismissed as such.

**IT IS, THEREFORE, ORDERED** that the Motion for Reconsideration of the Court's Order Dismissing Defendant's Motion to Dismiss and for Other Sanctions under Rule 11, (Doc. No. 60), is **DISMISSED** as **MOOT**.

Signed: March 12, 2012

*[signature]*

Robert J. Conrad, Jr.
Chief United States District Judge

2